UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

       - against -                            **ORDER**

FRANK SALERNO,                        25-cr-486 (ER)

               Defendant.
------------------------------------------------------x

      The sentencing hearing presently scheduled for April 15, 2026, at 3:30 p.m. is hereby

**rescheduled for April 15, 2026, at 2:30 p.m.** in Courtroom 619 at the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, New York 10007.

      SO ORDERED.

Dated:  New York, New York
        April 10, 2026

                                      Edgardo Ramos, U.S.D.J.